IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR No. 7-21 |
| vs. | ) |
| | ) |
| JAMES C. PLATTS, | |
| Defendant. | |

**MEMORANDUM ORDER**

In this action, Defendant has filed a Motion seeking an Order to compel the Government to produce various documents that he contends are necessary to settle certain issues with the IRS.  Defendant cites to no authority under which I might order such a production, or why the production would be necessary in connection with Defendant's Motion under 28 U.S.C. § 2255, which is currently pending.  Should the Court deem it appropriate to require additional information or an evidentiary hearing in connection with Defendant's Section 2255 Motion, the Court shall order same in connection with that Motion.

AND NOW, this 3rd day of December, 2009, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion in Brief to Deliver Documents (Docket No. [89]) is DENIED.

BY THE COURT:

/s/Donetta W. Ambrose

Donetta W. Ambrose

Judge, United States District Court